IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| **John Yousefzai and** | ) | Case No. **15-34697** |
| **Armanouhi Arzomanian,** | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

## NOTICE OF MOTION

TO: See Attached List

      PLEASE TAKE NOTICE that on **Tuesday, June 8, 2021** at **1:00 PM**, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in Judge Cox's place, and present the United States Trustee's **Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee**, a copy of which is attached.

      **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

      **To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

      **To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

      **When prompted identify yourself by stating your full name.**

      **To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

      **If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

      */s/ Adam G. Brief*
      Adam G. Brief, Assistant U.S. Trustee
      OFFICE OF THE U.S. TRUSTEE
      219 S. Dearborn Street
      Chicago, IL  60604
      adam.brief@usdoj.gov
      (202) 503-7104

## CERTIFICATE OF SERVICE

    I, Adam G. Brief, Assistant U.S. Trustee, certify that I served copies of the **Notice of Motion and Motion for Order Reopening Chapter 7 Case Pursuant to 11 U.S.C. § 350(B) and Rule 5010 of the Federal Rules of Bankruptcy Procedure and for Authorization to Appoint a Chapter 7 Trustee** on each entity shown on the attached list at the address shown and by the method indicated on the list on May 26, 2021 by 5:00 PM.

                                            /s/ *Adam G. Brief*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Caleb Halberg    chalberg@dykema.com,
Rocio Herrera    rherrera@noonanandlieberman.com,
Ariane Holtschlag    aholtschlag@wfactorlaw.com,
David P Leibowitz    dleibowitz@lodpl.com,
Zhijun Liu    jliu@wfactorlaw.com,
Sara E Lorber    slorber@wfactorlaw.com,
Ariel Weissberg    ariel@weissberglaw.com,

**Parties Served via First Class Mail:**

JOHN YOUSEFZAI
1130 ASHLAND AVENUE
WILMETTE, IL 60091

JOHN YOUSEFZAI
9514 KEDVALE AVE
SKOKIE, IL 60076-1425

ARMANOUHI ARZOMANIAN
1130 ASHLAND AVENUE
WILMETTE, IL 60091

ARMANOUHI ARZOMANIAN
9514 KEDVALE AVE
SKOKIE, IL 60076-1425

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Case |
| | ) | |
| **John Yousefzai and** | ) | Case No. **15-34697** |
| **Armanouhi Arzomanian,** | ) | |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

**MOTION FOR ORDER REOPENING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 350(b) AND RULE 5010 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND FOR AUTHORIZATION TO APPOINT A CHAPTER 7 TRUSTEE**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through the Assistant U.S. Trustee, Adam G. Brief, hereby requests entry of an order reopening this case pursuant to Section 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010 and for authorization to appoint a chapter 7 trustee. In support of his motion, the U.S. Trustee respectfully states as follows:

**JURISDICTION**

1. The Court has jurisdiction to hear and determine this proceeding under 28 U.S.C. § 157(b)(2) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2. Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee has standing to bring this Motion under 11 U.S.C. § 307.

## BACKGROUND

3. John Yousefzai and Armanouhi Arzomanian ("Debtors") commenced this case by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 12, 2015.

4. David P Leibowitz was appointed and served as the chapter 7 trustee ("Chapter 7 Trustee"). On May 11, 2016, the Chapter 7 Trustee filed a No Asset Report. [Dkt. 66] Subsequently, the Court entered an order discharging the Chapter 7 Trustee and closing this bankruptcy case.

5. More recently, the U.S. Trustee received notification that the Debtors are entitled to an escrow distribution from an undisclosed prepetition real estate transaction.

6. Upon information and belief, the U.S. Trustee believes that these escrow proceeds may be property of the estate pursuant to 11 U.S.C. § 541(a).

## RELIEF REQUESTED

7. The U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee.

8. Section 350 of the Bankruptcy Code provides that:

   (a) After an estate is fully administered and the court has discharged the trustee, the court shall close the case.

   (b) A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

Rule 5010 of the Federal Rules of Bankruptcy Procedure implements Section 350(b).

9. Based on the foregoing, the U.S. Trustee requests that the Court reopen this bankruptcy case and authorize the U.S. Trustee to appoint a chapter 7 trustee to further investigate and determine whether assets are available for creditors and for any other action the chapter 7 trustee deems necessary.

**WHEREFORE**, the U.S. Trustee respectfully asks the Court to enter an order: (1) reopening this case; (2) authorizing the U.S. Trustee to appoint a chapter 7 trustee to represent the estate; and (3) for such other and further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED,
PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: May 26, 2021 */s/ Adam G. Brief*
Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn Street
Chicago, IL 60604
adam.brief@usdoj.gov
(202) 503-7104