# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-34697 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | YOUSEFZAI, JOHN AND ARZOMANIAN, ARMANOUHI | | | Date Filed (f) or Converted (c): | 10/12/2015 (f) |
| For the Period Ending: | 06/30/2021 | | | §341(a) Meeting Date: | 12/02/2015 |
| | | | | Claims Bar Date: | 09/10/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1130 Ashland Avenue, Wilmette, Illinois 60091 | $740,000.00 | $0.00 | | $0.00 | FA |
| 2  9605 Keeler, Skokie, Illinois | $350,000.00 | $0.00 | OA | $0.00 | FA |
| 3  940 Indian Spring, Buffalo Grove, Illinois | $320,000.00 | $0.00 | OA | $0.00 | FA |
| 4  Cash on Hand (approx.) | $200.00 | $0.00 | | $0.00 | FA |
| 5  Checking Account at Bank of America with son, Raman Yousefzai (son's funds) (ending 8244) | $677.40 | $0.00 | | $0.00 | FA |
| 6  Checking Account at Byline Bank Ending XXX5735 | $34.84 | $0.00 | | $0.00 | FA |
| 7  Checking Account at Bank of America Account Ending xxxxxxxx8529 | $2,318.51 | $0.00 | | $0.00 | FA |
| 8  Checking Account at Bank of America Account Ending xxxxxxxx8550 (Medicos) | $7.05 | $0.00 | | $0.00 | FA |
| 9  Checking Account at Bank of America with son, Rani Yousefzai (son's funds) (ending 8090) | $38.59 | $0.00 | | $0.00 | FA |
| 10  Checking Account at Byline Bank (business account) | $121.62 | $0.00 | | $0.00 | FA |
| 11  Checking Account at JPMorgan Chase | $0.00 | $0.00 | | $0.00 | FA |
| 12  Checking Account at JPMorgan Chase (Medicos) | $0.00 | $0.00 | | $0.00 | FA |
| 13  Checking Account at Republic Bank Account Ending xxxxxx5209 | $940.17 | $0.00 | | $0.00 | FA |
| 14  Miscellaneous Household Goods and Furnishings (approx.) | $4,000.00 | $1,838.18 | | $0.00 | FA |
| 15  Necessary Wearing Apparel (approx.) | $3,000.00 | $0.00 | | $0.00 | FA |
| 16  Necessary Wearing Apparel (approx.) | $3,000.00 | $0.00 | | $0.00 | FA |
| 17  Watch and ring (approx.) | $500.00 | $0.00 | | $0.00 | FA |
| 18  Necklaces, Watch and Ring (approx.) | $1,000.00 | $0.00 | | $0.00 | FA |
| 19  Medicose Home Health Care Service, Inc. (Defunct) | $0.00 | $0.00 | | $0.00 | FA |
| 20  Norouz Enterprises, Inc. (Defunct) | $0.00 | $0.00 | | $0.00 | FA |
| 21  100% shareholder in Armine Consultancy LLC (no business transactions) | $0.00 | $0.00 | | $0.00 | FA |
| 22  2014 Tax Refund ($4,994 subject to set-off) | $0.00 | $0.00 | | $0.00 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 15-34697 | | | Trustee Name: | David Leibowitz |
| Case Name: | YOUSEFZAI, JOHN AND ARZOMANIAN, ARMANOUHI | | | Date Filed (f) or Converted (c): | 10/12/2015 (f) |
| For the Period Ending: | 06/30/2021 | | | §341(a) Meeting Date: | 12/02/2015 |
| | | | | Claims Bar Date: | 09/10/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 23 | 2015 Tax Refund | Unknown | $0.00 | | $0.00 | FA |
| 24 | 2005 Toyota Camry (approx.) | $2,000.00 | $0.00 | | $0.00 | FA |
| 25 | 2003 Jaguar XPE (approx.) | $2,000.00 | $0.00 | | $0.00 | FA |
| 26 | Entitlement to escrow distribution from undisclosed prepetition real estate transaction (u) | $0.00 | $9,661.72 | | $0.00 | $9,661.72 |

**TOTALS (Excluding unknown value)**                                                                                                         **Gross Value of Remaining Assets**

                              $1,429,838.18             $11,499.90                            $0.00                  $9,661.72

**Major Activities affecting case closing:**

06/11/2021    2021 Reporting Period:
              This case was reopened on June 8, 2021 on motion of the U.S. Trustee to administer a previously undisclosed asset, i.e., Debtors' entitlement to an escrow distribution from a prepetition real estate transaction. The Trustee has been reappointed to administer this asset, and a bar date for claims has been set. Upon recovery of the funds and review of claims, the case will be ready for TFR.

| **Initial Projected Date Of Final Report (TFR):** | 01/31/2022 | **Current Projected Date Of Final Report (TFR):** | 01/31/2022 | /s/ DAVID LEIBOWITZ |
| | | | | DAVID LEIBOWITZ |